UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIFENG ZHANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:07-CV-662 (CEJ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 5, 2007, plaintiff filed a complaint to which were attached several exhibits that include plaintiff's social security number and date of birth. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Local Rules of this court, such personal identifiers must be redacted in publicly-filed documents. See E.D.Mo. L.R. 2.17.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the link in the CM/ECF system to Document #1-2.

**IT IS FURTHER ORDERED** that plaintiff shall immediately refile Document #1-2 in a form that complies with the E-Government Act and the Local Rules.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2007.