```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

SIFENG ZHANG,                     )
                                  )
            Plaintiff,             )
                                  )
      vs.                          )     No. 4:07-CV-662 (CEJ)
                                  )
MICHAEL CHERTOFF, et al.,          )
                                  )
            Defendants.            )

### ORDER

On April 5, 2007, the Court directed plaintiff to immediately redact and re-file Document #1-2 in a form that complies with the E-Government Act of 2002, as amended, and Local Rule 2.17. Plaintiff has not yet complied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, not later than **July 3, 2007**, re-file Document #1-2 in a form that complies with the E-Government Act of 2002, and Local Rule 2.17.

**Plaintiff is warned that failure to comply with this Order may result in dismissal of the complaint.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of June, 2007.