UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SIFENG ZHANG,                  )
                               )
           Plaintiff,          )
                               )
     vs.                       )     No. 4:07-CV-662 (CEJ)
                               )
MICHAEL CHERTOFF, et al.,      )
                               )
           Defendants.         )

### ORDER

The parties inform the Court that the Federal Bureau of Investigations (FBA) has completed the name check of plaintiff Sifeng Zhang.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Citizenship and Immigration Service shall, not later than **December 31, 2007**, adjudicate plaintiff's application for citizenship.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2007.